USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA :
: 19-CR-808 (VEC)
-against- :
: ORDER
ISSIAGA SYLLA, :
:
Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for an arraignment in this matter on March 4, 2020; and

WHEREAS on March 4, 2020, Defendant pled not guilty;

IT IS HEREBY ORDERED that:

1. The Government must produce all Defendant-specific discovery by **March 9, 2020.**

2. Any request to adjourn the previously-set motions schedule, *see* Dkt 45, must be made by **April 15, 2020**.

**SO ORDERED.**

Date: March 4, 2020
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**