**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

August 11, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2020

VIA ECF

The Honorable Judge Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Salifou Conde et al., 19 CR 808 (VEC)

Dear Judge Caproni:

    I represent Issiaga Sylla. I write at the request of Pretrial Services and with the consent of the government to seek a modification to Mr. Sylla's bail conditions. Based on Mr. Sylla's conduct and compliance while on supervision, his supervising pretrial officer has determined that he presents as a "low risk defendant." As such and at Officer Milne's request, we ask that the level of Mr. Sylla's supervision be reduced from "strict pretrial supervision" to "pretrial supervision as directed."

    Thank you.

Application GRANTED. Mr. Sylla's supervision is reduced to "pretrial supervision as directed."

SO ORDERED.

*[signature: Valerie Caproni]*
8/11/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

       /s/
Julia Gatto
Assistant Federal Defender
Tel: (212) 417-8750

cc:   AUSA Kedar Bhatia (via ECF)
      USPO-NJ Daniel Milne (via email)
      USPO-NY Dominque Jackson (via email)