```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA              :
                                      :      19-CR-808 (VEC)
            -against-                 :
                                      :      ORDER
ISSIAGA SYLLA,                        :
                                      :
                        Defendant.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 22, 2020, Defendant Sylla submitted a request to travel internationally (Dkt. 109);

IT IS HEREBY ORDERED that: The parties must appear for a teleconference on **October 23, 2020 at 12:00 p.m.** The parties must appear for the hearing by calling (888) 363-4749, using the access code 3121171 and the security code 0808.

**SO ORDERED.**

Date:  October 22, 2020
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**