```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____               │
│ DATE FILED: 10/23/2020               │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA                  :

                                              :          19-CR-808 (VEC)
                                              :

             -against-                         :          ORDER

                                                :

ISSIAGA SYLLA                             :

                                  Defendant.    :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

         WHEREAS on October 22, 2020 Defendant Issiaga Sylla moved for an Order modifying the terms of Defendant's pretrial release to permit him to travel to Guinea for six weeks (Dkt. 109);

         IT IS HEREBY ORDERED that:

1. Defendant shall be permitted to travel to Guinea for no more than six weeks (without prejudice to requesting a slight enlargement of that period should it have a significant impact on the cost of his air travel).

2. Before leaving, Defendant must surrender his wife and step-child's travel documents to Pretrial Services and provide a detailed itinerary of his trip.  The itinerary should include flight information as well as lodging information.

3. Defendant must contact his pretrial services officer at the mid-point of his stay in Guinea, at a date and time to be set by Pretrial Services.

4. Upon return to the United States, Defendant must contact Pretrial Services to re-surrender his passport, at which point Pretrial Services must return his wife and step-child's travel documents.

**SO ORDERED.**

**Date:  October 23, 2020**
           **New York, NY**

                                               **VALERIE CAPRONI**
                                   **United States District Judge**