USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA :
: 19-CR-808 (VEC)
:
-against- : ORDER
:
:
ISSIAGA SYLLA, :
:
Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant has requested a change-of-plea hearing;

IT IS HEREBY ORDERED THAT: A change-of-plea hearing will be held **in person** on **June 15, 2021 at 4:00 p.m**. in Courtroom 443. Members of the public may attend the proceeding by dialing (888) 363-4749, using the access code 3121171 and the security code 0808.

**SO ORDERED.**

Date: June 7, 2021
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**