```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA                :
                                        :   19-CR-808 (VEC)
                                        :
            -against-                   :   ORDER
                                        :
                                        :
ISSIAGA SYLLA,                          :
                                        :
                     Defendant.         :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 15, 2021 the parties appeared for a change of plea hearing;

WHEREAS at the June 15, 2021 hearing, Mr. Sylla entered a guilty plea;

IT IS HEREBY ORDERED THAT: Defendant's sentencing will be held in person on **September 30, 2021 at 11:00 a.m**. in Courtroom 443. Sentencing submissions are due by **September 16, 2021.**

Members of the public may attend the hearing by dialing 888-363-4749 using the access code 3121171 and the security code 0808. Any recording or retransmission of the hearing is strictly prohibited.

**SO ORDERED.**

**Date: June 15, 2021**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**