```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   UNITED STATES OF AMERICA                :
                                           :     19-CR-808 (VEC)
                                           :
       -against-                           :     ORDER
                                           :
                                           :
   ISSIAGA SYLLA,                          :
                                           :
                           Defendant.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant's sentencing is scheduled for September 30, 2021;

IT IS HEREBY ORDERED THAT: Due to a scheduling conflict, Defendant's sentencing will be held in person on **September 29, 2021 at 11:00 a.m**. in Courtroom 443.  Sentencing submissions are due by **September 16, 2021.**

Members of the public may attend the hearing by dialing 888-363-4749 using the access code 3121171 and the security code 0808.  Any recording or retransmission of the hearing is strictly prohibited.

SO ORDERED.

Date:  August 20, 2021
       New York, NY

_____
VALERIE CAPRONI
United States District Judge