**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District
Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 8, 2021



MEMO ENDORSED

VIA ECF

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2021

Re:   *United States v. Issiaga Sylla*, 19 CR 808 (VEC)

Dear Judge Caproni:

With the consent of the government, I write to seek an adjournment of about 30 days of Mr. Sylla's sentencing, currently scheduled September 30, 2021. I need the additional time to effectively prepare a sentencing submission on behalf of my client.

Thank you.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender

cc:   A.U.S.A. Kedar Bhatia (via ECF)

Application GRANTED. The sentencing is adjourned to **November 1, 2021 at 10:00 a.m.** Sentencing will be held in person in Courtroom 443. Sentencing submissions are due by **October 18, 2021.**

SO ORDERED.

*[signature]*

9/8/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE