**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 4, 2021

*VIA ECF*
The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2021

Re: *United States v. Issiaga Sylla*, 19 CR 808 (VEC)

Dear Judge Caproni:

With the consent of the government, I write to seek an adjournment to the schedule for pre-sentencing submissions. I do <u>not</u> seek to adjourn Mr. Sylla's sentencing. Mr. Sylla is scheduled to be sentenced on November 19, 2021 and the parties are scheduled to file their submissions tomorrow, November 5, 2021. I am unable to complete and file my submission by tomorrow. Unfortunately, my husband has breakthrough COVID and my youngest daughter just tested positive. My entire family and I are quarantined and I am the sole caregiver to my sick family members (and my other daughter who is quarantined from school). Under these circumstances, I need more time. I hope to file my submission by early next week. Thank you.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender

cc: A.U.S.A. Kedar Bhatia (via ECF)

Application GRANTED. Sentencing submissions are due by **November 11, 2021**. The Court wishes counsel's family a speedy recovery.

Further, due to a scheduling conflict for the Court, Mr. Sylla's sentencing, scheduled for November 19, 2021 at 11:00 a.m.., is adjourned to **November 19, 2021 at 4:00 p.m.**

SO ORDERED.

*Valerie Caproni*   11/5/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE