USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

    -against-

ISSIAGA SYLLA,

                          Defendant.

------------------------------------------------------------ X

19-CR-808 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 19, 2021, Mr. Sylla appeared for a sentencing hearing and was sentenced to 18 months incarceration and 5 years of supervised release;

    IT IS HEREBY ORDERED that Mr. Sylla must submit proof of having his first dose of a COVID-19 vaccine to the Court by **November 29, 2021**.

**SO ORDERED.**

Date:  November 19, 2021
         New York, NY

                                                **VALERIE CAPRONI**
                                                **United States District Judge**