USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

-against-

ISSIAGA SYLLA,

Defendant.

------------------------------------------------------------ X

19-CR-808 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 19, 2021, the Court ordered that Mr. Sylla must submit proof of having received his first dose of a COVID-19 vaccine to the Court by November 29, 2021, Dkt. 324.; and

WHEREAS on November 29, 2021, Mr. Sylla submitted proof of having received his first dose of a COVID-19 vaccine;

IT IS HEREBY ORDERED that Mr. Sylla must submit proof of having received his second dose of a COVID-19 vaccine to the Court by **December 30, 2021.**

**SO ORDERED.**

Date: **November 29, 2021**
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**